## Terry *vs.* Bank of Americus.

[Jackson, C J., did not preside, on account of providential cause.]

The evidence being conflicting as to whether the note sued on in this case was given in payment of another note, or was a mere memorandum and without consideration, and the jury having found for the plaintiff, and the presiding judge having refused a new trial, this court will not interfere.   Code, §2740; 59 *Ga.*, 701.
Judgment affirmed.

October 2, 1884.

Hall, Justice.

## Hill *vs.* The State of Georgia.

1. The verdict is supported by the evidence.
2. Newly discovered testimony, the object of which is to impeach the state's witnesses, cannot work a new trial after one verdict, much less after two.
Judgment affirmed.

September 9, 1884.

Jackson, Chief Justice.

## Carson *vs.* Sheldon.

[Hall, J., did not preside in this case.]

Where a bill sought to restrain the enforcement of a judgment at law, and open it for defences which could have been set up at law, and it appeared that the suit was on a promissory note, and that no plea or defence of any sort was filed; that the complaint was that the defendant in the suit was prevented from defending by some efforts at compromise, although he was present and made no defence; and where all fraud was sworn off by the answer and depositions, and the equity of the bill, if any, was thus fully met, the case was one of disputed facts, and the discretion of the chancellor in refusing an injunction will not be controlled.
Judgment affirmed.

October 21, 1884.

Jackson, Chief Justice.